MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-4537
wjohnson@mayerbrownrowe.com
sgupta@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendants
UNITED AIR LINES, INC.

Additional Counsel Appear on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SUSAN BARTHOLOMEW, on behalf of herself and all others similarly situated,

Plaintiff,

v.

BRITISH AIRWAYS, PLC, VIRGIN ATLANTIC AIRWAYS LIMITED, and UNITED AIR LINES, INC.,

Defendants.

CASE NO. CV 06-04793-SC

STIPULATION AND ~~[PROPOSED]~~ ORDER PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6-1, in light of the transfer motion now pending before the Judicial Panel on Multidistrict Litigation ("JPML") captioned *In re International Air Transportation Surcharge Antitrust Litigation*, MDL Docket No. 1793, Plaintiff

Dockets.Justia.com

Susan Bartholomew ("Plaintiff") and Defendants British Airways Plc, Virgin Atlantic Airways Limited, and United Air Lines, Inc. (collectively, the "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when the Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion and consolidates each related action in a single court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendants.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the Defendant represented by each such counsel of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest sufficiency of process or service of process.  This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue.  Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph.  The above notwithstanding, should any Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

Respectfully submitted,

Dated: August 15, 2006

GREEN WELLING LLP

/s/
Robert S. Green (SBN 136183)
Jenelle Welling (SBN 209480)
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
T: (415) 477-6700
F: (415) 477-6710

*Attorneys for Plaintiff Susan Bartholomew*

Dated: August 15, 2006

MAYER, BROWN, ROWE & MAW LLP

/s/
Edward D. Johnson (SBN 189475)
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
T: (650) 331-2000
F: (650) 331-4537

Richard J. Favretto
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006

*Attorneys for Defendant United Air Lines, Inc.*

Dated: August 15, 2006

SULLIVAN & CROMWELL LLP

/s/
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
T: (650) 461-5600
F: (650) 461-5700

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006

*Attorneys for Defendant British Airways Plc*

Dated: August 15, 2006

SIMPSON THACHER & BARTLETT LLP

/s/

Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
T: (650) 251-5000
F: (650) 251-5002

Charles E. Koob (SBN 47349)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant Virgin Atlantic Airways Limited*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatories' concurrences in the filing of this document have been obtained.*

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Date: 8/21/06

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti

Honorable Judge Samuel Conti

-4-
STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-04793-SC

**PROOF OF SERVICE**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

On August 15, 2006, I served the foregoing document(s) described as

STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT

on each interested party, as follows:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Robert S. Green
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105

Harrison J. Frahn
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304

Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Charles E. Koob
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 15, 2006, at Palo Alto, California.

/s/
JESSICA F. DAVIS

-6-
STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-04793-SC